FILED
NOV 12 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Violation: Title 18, United States Code, Section 922(g)(1) |
|---|---|
| v. | |
| ALBERTO GARCIA | 20CR 804<br>JUDGE PACOLD<br>MAGISTRATE JUDGE WEISMAN |

The SPECIAL MAY 2019 GRAND JURY charges:

On or about May 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

ALBERTO GARCIA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Sig Sauer Model SP 2022, 9 millimeter semi-automatic pistol, bearing serial number 24B152397, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant, ALBERTO GARCIA, shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Sig Sauer Model SP 2022, 9 millimeter semi-automatic pistol, bearing serial number 24B152397, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY