UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERTO GARCIA | No. 20 CR 804<br><br>Judge Martha M. Pacold |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH JR., United States Attorney for the Northern District of Illinois, and the defendant, ALBERTO GARCIA, by the Federal Defender Program and its attorney, Geoffrey Meyer, provide this joint status report as directed by the Court in an Order entered on November 24, 2020 (Dkt. # 11.)

1. On November 12, 2020 the defendant was charged via an indictment with one count of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). (Dkt. # 1.) The defendant had his initial appearance and arraignment on November 20, 2020 (Dkt. # 10). The government has produced Rule 16 material to the defendant.

2. The parties propose the following schedule for adoption by this Court:

   a. January 22, 2021: The parties shall file any pretrial motions.

   b. February 19, 2021: The parties shall file responses to any pretrial motions.

   c. February 26: 2021: The parties shall file replies in support of any pretrial motions.

   d. March 3, 2021, or a date agreeable for the Court: The parties request that the Court hold a status hearing.

3. The parties agree that under the Speedy Trial Act, time shall continue to be excluded until the date of the next status hearing set by the Court for the ends of justice, to allow the parties to review discovery information, and for the parties to consider filing pretrial motions. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv). The parties further agree that excluding time will allow the parties reasonable time necessary to effectively prepare the case, which includes delays associated with the present public health emergency arising from the COVID-19 pandemic, and outweighs the interests of the public and the defendant in a speedy trial.

Dated: December 10, 2020

                                  Respectfully submitted,

| For the UNITED STATES OF AMERICA | For defendant ALBERTO GARCIA |
|---|---|
| JOHN R. LAUSCH JR.<br>United States Attorney | |
| BY:   s/ *Jared Hasten*<br>     JARED HASTEN<br>     Assistant U.S. Attorney<br>     219 S. Dearborn St.<br>     Chicago, Illinois 60604<br>     (312) 353-5300 | /s/ *Geoffrey Meyer*<br>GEOFFREY MEYER<br>Federal Defender Program<br>55 E. Monroe St.<br>Chicago, Illinois 60603<br>(312) 621-8326 |